JS-6

1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   VANNA TRUONG, an individual,          Case No. 2:21-cv-05789 GW(GJSx)

12               Plaintiff,                *Assigned to Hon. George H. Wu*

13          v.                             ~~[PROPOSED]~~ **ORDER RE JOINT**
                                           **STIPULATION RE DISMISSAL**
14   AMERICAN RED CROSS, a                 **AND RETENTION OF**
     Washington D.C. Corporation;          **JURISDICTION PURSUANT TO**
15   AMERICAN RED CROSS OF                 **F.R.C.P. 41(a)(2)**
     CALIFORNIA, a California
16   Corporation, and DOES 1 through
     20, inclusive.                        *[Filed concurrently with Stipulation]*
17
                 Defendants.
18

19

20

21

22

23

24

25          The Court, having reviewed the foregoing Stipulation, including the Parties'

26   request that the Court retain jurisdiction to enforce the terms of the Settlement

27   Agreement and Release of All Claims previously executed by the Parties, and good

28   cause appearing therefore:

- 1 -

1       IT IS HEREBY ORDERED that all claims in the above-captioned matter are

2   DISMISSED with prejudice.

3       IT IS FURTHER ORDERED that the parties' request that the Court retain

4   jurisdiction to enforce the terms of the Parties' Settlement Agreement and Release of

5   All Claims pursuant to Federal Rules of Civil Procedure Rule 41(a)(2) is GRANTED.

6       IT IS SO ORDERED.

7

    DATED:  September 27, 2022

8

9                                        _____
                                         HONORABLE GEORGE H. WU
10                                       United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -